IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CRIMINAL NO. 16-CR-30100-DRH |
| vs. | ) | |
| | ) | |
| CHRISTOPHER K. EVERAGE, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION OF FACTS**

Now comes, the United States of America, by Donald S. Boyce, United States Attorney for the Southern District of Illinois, and through Derek J. Wiseman, Assistant United States Attorney, who enters into the following stipulation of facts with the Defendant, CHRISTOPHER K. EVERAGE ("Defendant") and his attorney. [1] The parties hereby agree and stipulate as follows:

On April 29, 2016, Defendant knowingly sold 0.4 grams of cocaine to a confidential informant for $50.00. The sale occurred near the intersection of Boynton Drive and Alby Street in Alton, Illinois, which is within the Southern District of Illinois.

**SO STIPULATED:**

DONALD S. BOYCE
United States Attorney

Christopher Everage
CHRISTOPHER K. EVERAGE
Defendant

Todd Schultz
TODD M. SCHULTZ
Attorney for Defendant

Date: 02-23-17

DEREK J. WISEMAN
Assistant United States Attorney

Date: 2-23-17

[1] This stipulation of facts is intended only to provide the Court with a sufficient foundation to accept Defendant's guilty plea, and is not necessarily an exhaustive account of Defendant's criminal activity involving the charged offense in the Indictment or other relevant conduct.